## File Hashes for IP Address 74.102.30.34

**ISP:** Verizon FiOS
**Physical Location:** Leonia, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/06/2013 20:08:58 | 79E29AB78CF4167266F1A7C9D356C032803768D0 | Working Out Together |
| 01/28/2013 18:15:58 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 01/28/2013 18:15:44 | 1E6D4FA3A137EE0F661629E131193646BE591492 | A Little Rain Must Fall |
| 01/21/2013 12:04:28 | 34B65ACA9872A134EE022CADA02257FB052BB2A2 | Want You |
| 01/16/2013 00:10:46 | 32FB591C8CC88500B7526CF57E8F5071DD3D3286 | Spur of the Moment |
| 01/10/2013 18:09:10 | F8E10689563DC33769FDBDA86F5BF12CE171E09C | Side by Side |
| 01/10/2013 18:06:19 | 948703F94058E6D3BA1827AB73D0748F87CE9476 | Carmen Leila Christmas Vacation |
| 12/28/2012 00:16:47 | 981B3F596DA25F58C0489F2E44C9B0A5C6D5ACD4 | Fucking Perfection |
| 12/27/2012 21:00:31 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/27/2012 19:22:48 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 12/27/2012 19:19:56 | 9B235A4AA676CB43A9F5B9A1AB3E1A6FAF70A6C3 | Waterfall Emotions |
| 12/23/2012 22:01:42 | 49122D0CD7AD55264328C250E15EF6F9ACA0473F | A Girls Fantasy |
| 12/05/2012 05:49:38 | C3043E805840C8E4064912551FA173BA6E58C3F5 | Stay With Me |
| 12/05/2012 05:42:16 | 1798BB791A21404818FA000193C17FB0B1D28F56 | The Rich Girl Part #2 |
| 12/05/2012 05:41:41 | F6E68924813657E60C58B10309D45953D8B8B405 | One Night Stand |
| 12/05/2012 05:36:45 | A2B241910AF054A2952F534471357539F786F52A | Leila Last Night |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

CNJ47