## Expanded Surveillance of IP Address 74.102.30.34

**ISP:** Verizon FiOS
**Location:** Leonia, NJ

| Hit Date UTC | Filename |
|---|---|
| 02/09/2013 | BBC.Africa.1of6.Kalahari.PDTV.x264.AC3.MVGroup.org.mp4 |
| 02/09/2013 | The.Daily.Show.Seasone.18.Episode.42.Josh.Brolin.HDTV.XviD-ASAP.[VTV].avi |
| 02/09/2013 | PBS.Nature.Frogs.The.Thin.Green.Line.PDTV.XviD.AC3.MVGroup.org.avi |
| 02/09/2013 | PBS.Frontline.2012.Alaska.Gold.480p.x264.AAC.MVGroup.org.mp4 |
| 02/09/2013 | BBC.Africa.4of6.Cape.720p.HDTV.x264.AC3.MVGroup.org.mkv |
| 02/09/2013 | PBS.Nature.Raptor.Force.PDTV.XviD.AC3.MVGroup.org.avi |
| 02/09/2013 | BBC.Africa.2of6.Savannah.PDTV.x264.AC3.MVGroup.org.mp4 |
| 02/09/2013 | BBC.Africa.3of6.Congo.720p.HDTV.x264.AC3.MVGroup.org.mkv |
| 02/09/2013 | BBC.Africa.5of6.Sahara.PDTV.x264.AC3.MVGroup.org.mp4 |
| 02/09/2013 | PBS.American.Experience.2013.Henry.Ford.540p.x264.AAC.MVGroup.org.mp4 |
| 02/09/2013 | Hansel.and.Gretel.2013.720p.BluRay.x264-GECKOS [PublicHD] |
| 02/07/2013 | The.Perks.of.Being.a.Wallflower.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 02/06/2013 | ktr.gdp.e194.19.years.old.wmv |
| 02/06/2013 | U2 vs LMC - Take Me To The Clouds Above (Radio Edit) (www.mp3sfinder.com).mp3 |
| 02/06/2013 | WWE.Monday.Night.RAW.2013.02.04.REPACK.HDTV.x264-KYR |
| 02/06/2013 | [ www.TorrentDay.com ] - National.Geographic.Nazi.Underworld.Hitlers.Henchman.PDTV.x264-TViLLAGE |
| 02/05/2013 | PBS.Nature.Kilauea.Mountain.of.Fire.480p.x264.AAC.MVGroup.Forum.mkv |
| 02/05/2013 | PBS.NOVA.2010.Ghosts.of.Machu.Picchu.480p.x264.AAC.MVGroup.org.mp4 |
| 02/04/2013 | National.Geographic.Wicked.Tuna.Series.1.01of10.The.Bite.Is.On.DVDrip.x264.AC3.MVGroup.org.mp4 |
| 02/04/2013 | National.Geographic.Scam.City.09of10.Las.Vegas.PDTV.x264.AC3.MVGroup.org.mkv |
| 02/04/2013 | PBS.The.Dust.Bowl.A.Film.by.Ken.Burns.2of2.480p.x264.AAC.MVGroup.org.mkv |

EXHIBIT C

CNJ47

| Hit Date UTC | Filename |
|---|---|
| 01/28/2013 | X-Art.com.13.01.26.Mira.Yoga.Master.And.Student.XXX.iMAGESET-P4L |
| 01/28/2013 | [ www.Speed.Cd ] - Top_Gear.19x01.720p_HDTV_x264-FoV |
| 01/28/2013 | X Art - A Little Rain Must Fall |
| 01/28/2013 | babes_bg_riley_steele02_480p_1500.mp4 |
| 01/28/2013 | Microsoft ASP.NET Fast and Easy Web Development 2002.pdf |
| 01/28/2013 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 01/27/2013 | BBC.Fish.A.Japanese.Obsession.PDTV.XviD.AC3.MVGroup.org.avi |
| 01/27/2013 | National.Geographic.Taboo.Sex.PDTV.x264.AAC.MVGroup.org.mp4 |
| 01/27/2013 | National.Geographic.Omens.of.the.Apocalypse.PDTV.XviD.AC3.MVGroup.org.avi |
| 01/27/2013 | BBC.The.Dark.Ages.An.Age.of.Light.2of4.What.the.Barbarians.Did.for.Us.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 01/27/2013 | [ www.TorrentDay.com ] - National.Geographic.Nazi.Underworld.Hitlers.Money.PDTV.x264-TViLLAGE |
| 01/27/2013 | BBC.The.Dark.Ages.An.Age.Of.Light.3of4.The.Wonder.Of.Islam.PDTV.XviD.AC3.MVGroup.org.avi |
| 01/27/2013 | BBC.The.Dark.Ages.An.Age.Of.Light.1of4.The.Clash.Of.The.Gods.PDTV.XviD.AC3.MVGroup.org.avi |
| 01/27/2013 | PBS.Nature.2010.Cuba.The.Accidental.Eden.480p.x264.AAC.MVGroup.org.mp4 |
| 01/26/2013 | Zero Dark Thirty (2013)DVDSCR NL subs[Divx]NLtoppers |
| 01/26/2013 | Zero Dark Thirty |
| 01/24/2013 | Skyfall.2012.DVDRip.XviD-SPARKS |
| 01/22/2013 | Amber.Sym.Sweetest.Sin.Babes.2013.HD_iyutero.com.mp4 |
| 01/22/2013 | GirlsDoPorn (E189) - 20 Years Old [720p].wmv |
| 01/22/2013 | ktr.gdp.e191.20.years.old.wmv |
| 01/22/2013 | WWE.Raw.01.21.13.DSR.XviD-XWT |
| 01/21/2013 | WWE.Friday.Night.Smackdown.2013.01.18.HDTV.x264-Ebi |
| 01/21/2013 | veronica_rodriguez.mp4 |
| 01/21/2013 | x-art_baby_want_you_1080.mov |

EXHIBIT C

CNJ47

| Hit Date UTC | Filename |
|---|---|
| 01/18/2013 | The.Office.US.S09E11.HDTV.x264-LOL.[VTV].mp4 |
| 01/16/2013 | WWE.Raw.20th.Anniversary.01.14.13.DSR.XviD-XWT |
| 01/15/2013 | Babes.13.01.11.Presley.Hart.Happy.Ending.XXx |
| 01/15/2013 | babes_bg_jessi_palmer_720p_4000.mp4 |
| 01/15/2013 | X-Art Spur of the Moment Ivy |
| 01/15/2013 | 1vs5.avi |
| 01/12/2013 | Twistys.com_13.01.12.Nicole.Graves.Fun.In.The.Library.XXX.IMAGESET-FuGLi[rbg] |
| 01/10/2013 | Metal-Hard Rock Covers 78.rar |
| 01/10/2013 | x-art_carmen_leila_christmas_vacation_540.wmv |
| 01/08/2013 | WWE.Monday.Night.Raw.7th.Jan.2013.PDTV.x264-Sir.Paul.mp4 |
| 01/05/2013 | Brazzers-Nikki Benz and Kortney Kane (Benz Mafia - Part 2 12.11.2012) (2012) SATRip |
| 01/05/2013 | x-art_angie_morning_desires_540.wmv |
| 01/05/2013 | Ryan.Keely.Nicole.Graves.Perks.of.the.Penthouse.Suite.HotAndMean.2012_iyutero.com.mp4 |
| 01/05/2013 | Jonathan and Charlotte - Together |
| 01/05/2013 | Dirty Masseur - RACHEL STARR New 28 December 2012 |
| 01/05/2013 | Heather.Starlet.Temptation.Babes.2013.HD_iyutero.com.mp4 |
| 01/04/2013 | Lincoln.2012.DVDSCR.XViD.AC3-FooKaS |
| 01/02/2013 | babes_bg_courtney_taylor_480p_1500.mp4 |
| 01/02/2013 | Looper 2012 DVDRip AC3 XViD-RemixHD |
| 01/02/2013 | Family.Guy.S11E06.HDTV.x264-LOL.mp4 |
| 12/30/2012 | ktr.gdp.e190.18.years.old.wmv |
| 12/30/2012 | GirlsDoPorn (E188) - 19 Years Old Blonde [720p].wmv |
| 12/30/2012 | UFC.155.Dos.Santos.vs.Velasquez.29th.Dec.2012.HDTV.x264-Sir.Paul |
| 12/28/2012 | [X-Art] - Sex with passion - Leila and Christian [1080p] |
| 12/28/2012 | x-art_angelica_naughty_and_nice_1080.mov |

EXHIBIT C

CNJ47

| Hit Date UTC | Filename |
|---|---|
| 12/28/2012 | Babes.12.12.27.Abigaile.Johnson.Abby.XXX.1080p.MP4-KTR[rbg] |
| 12/28/2012 | caprice_fucking_perfection_1080.mov |
| 12/28/2012 | x-art_kaylee_waterfall_emotions_720.wmv |
| 12/28/2012 | X-Art - Three for the Show - Leila [720p].mov |
| 12/26/2012 | WWE.Monday.Night.Raw.24th.Dec.2012.HDTV.x264-PWT |
| 12/25/2012 | David Guetta - Titanium (feat. Sia).mp3 |
| 12/23/2012 | WWE.Friday.Night.Smackdown.2012.12.18.HDTV.x264-KYR |
| 12/23/2012 | x-art_beatrice_a_girls_fantasy_540.wmv |
| 12/20/2012 | WWE.Raw.12.17.12.The.Slammy.Awards.DSR.XviD-XWT |
| 12/17/2012 | WWE.TLC.2012.PPV.HDTV.x264-Anon |
| 12/17/2012 | sexo-gdp-19yearsold-e185.wmv |
| 12/17/2012 | ktr.gdp.e187.19.years.old.wmv |
| 12/15/2012 | Sunny.Leone.Ecstatic.Orgasm.Babes.2012.FullHD_iyutero.com.mp4 |
| 12/15/2012 | Emily.Addison.Emilys.Secret.Babes.2012_iyutero.com.mp4 |
| 12/15/2012 | Natalia.Starr.In.White.Lace.Babes.2012_iyutero.com.mp4 |
| 12/12/2012 | K Celebrities |
| 12/12/2012 | X-Art - Private Time - Abby [720p].wmv |
| 12/12/2012 | X-Art-Blonde Ambition - Carla, Abby [720p] |
| 12/11/2012 | WWE.Monday.Night.Raw.2012.12.10.HDTV.x264-STG.mp4 |
| 12/11/2012 | Elementary S01E03 HDTV x264-LOL[ettv] |
| 12/11/2012 | Rihanna.Samuel.You.and.Me.Babes.2012.FullHD_iyutero.com.mp4 |
| 12/11/2012 | Sarah Brightman - Discography (1989 -2004) |
| 12/11/2012 | [ www.TorrentDay.com ] - Talking.Dead.S02E08.HDTV.x264-2HD |
| 12/10/2012 | Caprice.Ariel.Sensuous.Experience.Babes.2012.Hd_iyutero.com.mp4 |
| 12/10/2012 | UFC.On.FOX.5.Henderson.vs.Diaz[X264][480p][MP4][Secludedly] |

EXHIBIT C

CNJ47

| Hit Date UTC | Filename |
|---|---|
| 12/09/2012 | Argo (2012) 720pTS2XVID 900 MB (nl subs)(8-11-12 bios) B-Sam |
| 12/09/2012 | psig-ted.2012.dvdrip.xvid.ac3.avi |
| 12/09/2012 | Argo 2012 TS 720p XviD-SHOWTiME (SilverTorrent) |
| 12/08/2012 | The.Big.Bang.Theory.S06E10.HDTV.x264-LOL.mp4 |
| 12/08/2012 | The.Office.US.S09E09.HDTV.x264-LOL.[VTV].mp4 |
| 12/07/2012 | x-art_leila_last_night_540.wmv |
| 12/05/2012 | x - art - Tabitha (Stay with Me) |
| 12/05/2012 | X-Art - One Night Stand - Abby [720p].wmv |
| 12/05/2012 | [X-Art.com] The Rich Girl - Part Two - Abby [720p].wmv |
| 12/05/2012 | x-art_tabitha_stay_with_me_1080= |
| 12/05/2012 | The.Dark.Knight.Rises.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/02/2012 | The.Bourne.Legacy.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/01/2012 | The.Office.US.S09E08.HDTV.x264-LOL.[VTV].mp4 |
| 12/01/2012 | The.Big.Bang.Theory.S06E09.HDTV.x264-LOL.mp4 |
| 12/01/2012 | Babes - After Dark Romance - Brooke Duvall [720p].mp4 |
| 11/29/2012 | [ www.TorrentDay.com ] - Talking.Dead.S02E07.HDTV.x264-2HD |
| 11/28/2012 | dm_jada_stevens_480p_2600.wmv |
| 11/28/2012 | Jada.Stevens.Post.Workout.Pounding.DirtyMasseur.2012_iyutero.com.mp4 |
| 11/28/2012 | {www.scenetime.com}Chris.Hardwick.Mandroid.2012.HDTV.x264-YesTV |
| 11/28/2012 | 12.10.29.Jada Stevens_AssParade_ImgZilla.mp4 |
| 11/27/2012 | Sur.Ecoute.(The.Wire).3x01.Un.nouveau.Baltimore |
| 11/25/2012 | WWE.The.Attitude.Era.2012.DVDRip.x264-NWCHD |

EXHIBIT C

CNJ47