# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD. | BASKING RIDGE OFFICE |
| JOHN P. CIONE, Esq.** Of Counsel | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| ** Licensed in New York | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |

Alla S. Fromm, Litigation Paralegal
afrommlaw@comcast.net
Christie P. Fay, Real Estate Paralegal
pjcrealestate@comcast.net
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915

EMAIL: pjcerillolaw@comcast.net

**REPLY TO:**
FLEMINGTON OFFICE

June 3, 2013

The Honorable Michael A. Hammer, M.J.
Courtroom MLK 2C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Malibu Media, LLC v. John Doe 74.102.30.34
     Case No: 2:13-cv-01179-FSH-MAH

Dear Judge Hammer:

    I represent plaintiff in the above-referenced matter. There is an Initial Scheduling Conference in this matter set for this Friday, June 7, 2013, at 2:00 PM before Your Honor.
    On March 14, 2013, the Court granted an Order allowing to serve a third party subpoena on the internet service provider to obtain information about the name and address of the defendant. My office served a subpoena on Verizon Legal Compliance Department in New Jersey on March 18, 2013. That subpoena was rejected, and my office issued a new subpoena to Verizon in Texas on April 11, 2013, which was returnable on May 27, 2013.
    Last week my office contacted the internet service provider, and Verizon advised that the records would be released to us on June 7, 2013. Therefore, I respectfully request that the Initial Scheduling Conference currently scheduled for June 7, 2013 be adjourned as we do not have any information as to the defendant yet.
    Thank you for your courtesies and attention to this matter. I will await the Court's directions.

Very truly yours,

Patrick J. Cerillo, Esquire

PJC/af
Cc: Malibu Media, LLC